419 A.2d 194

Fix, Appellant, v. Pollack et al., and Penhurst, Inc., a Penna. Corp.

Argued April 10, 1979.   John W. Murtaugh, Jr., for appellant;  Edward B. Friedman, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Decree affirmed.